UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Professor Debabrata Saha, Ph.D | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. NO. |
| | ) |
| DONALD LEHMAN, *et al.*, | ) JURY TRIAL DEMANDED |
| Defendants. | ) |
| | ) |

### AFFIDAVIT OF SERVICE OF SUSANA BARANANO

I, Susan Baranano, declare that I am over the age of twenty-one and have no personal interest in this litigation. I declare under penalty of perjury of the laws of the United States of America that the following statements are true and correct to the best of my knowledge and belief. I make this declaration on personal knowledge.

On November 15, 2006, I served the Summonses and Complaints for defendants in this action, George Washington University, Donald Lehman and Timothy Tong on Douglas Mishkin, of the law firm of Patton Boggs, who, I am advised, is an agent authorized to accept service of process for these defendants in this litigation.

Subscribed and sworn to under penalty of perjury on this 15th day of November, 2006.

*/s/ Susana Baranano*
Susana Baranano