UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Professor DEBABRATA SAHA, Ph.D<br><br>Plaintiff,<br><br>v.<br><br>DONALD LEHMAN, individually and in his capacity as Executive Vice President for Academic Affairs of the George Washington University<br>2121 I Street, NW<br>Suite 813<br>Washington, DC 20052<br><br>And<br><br>TIMOTHY TONG, individually and in his capacity as Dean, School of Engineering & Applied Science<br>725 23rd Street, NW<br>Washington, DC 20052<br><br>And<br><br>THE GEORGE WASHINGTON UNIVERSITY<br>Dennis Blumer, Esq.<br>Vice President and General Counsel<br>The George Washington University<br>2100 Pennsylvania Avenue, NW<br>Washington, DC 20052<br><br>Defendants. | Case No. 1:06CV01493<br>Judge Royce C. Lamberth |

## DEFENDANTS' CONSENT MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT

Defendants Donald Lehman, Timothy Tong, and The George Washington University (collectively, "Defendants"), by and through their undersigned counsel, hereby move this Court, pursuant to Fed. R. Civ. P. 6 (b)(1) and with the consent of Plaintiff's counsel, to extend to January 8, 2007 the time within which Defendants may respond to Plaintiff's complaint.

The grounds for this motion are as follows:

1. Plaintiff served its Complaint on Defendants' counsel on November 15, 2006.

2. Defendants' counsel agreed to accept service in exchange for Plaintiff's consent to this motion.

3. This extension will not impair the orderly administration of this case.

For the foregoing reasons, Defendants hereby request that this Court extend to January 8, 2007 the time within which Defendants may respond to Plaintiffs' complaint.

Respectfully submitted,

_____
Douglas B. Mishkin, DC Bar # 338590
PATTON BOGGS LLP
2550 M Street, N.W.
Washington, D.C. 20037
Telephone: (202) 457-6000
Facsimile: (202) 457-6315

Counsel for Defendants

Dated: November 29, 2006

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of November, 2006, a true and correct copy of the foregoing Motion for Enlargement of Time was sent by facsimile and first class mail to the following:

> John F. Karl, Jr., Esq.
> Karl & Tarone
> 900 Seventeenth Street, NW
> Washington, DC 20006
> Telephone: (202) 293-3200
> Facsimile: (202) 429-1851
>
> Counsel for Plaintiff

_____
Douglas B. Mishkin

3