UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| Professor DEBABRATA SAHA, Ph.D.<br><br>Plaintiff,<br><br>v.<br><br>DONALD LEHMAN, individually and in his capacity as Executive Vice President for Academic Affairs of the George Washington University<br><br>And<br><br>TIMOTHY TONG, individually and in his capacity as Dean, School of Engineering & Applied Science<br><br>And<br><br>THE GEORGE WASHINGTON UNIVERSITY,<br><br>Defendants. | Case No. 1:06CV01493<br>Judge Royce C. Lamberth |

## ORDER

Upon consideration of Defendants' Consent Motion For Enlargement Of Time To Respond To Complaint, it is, by the Court, this ___ day of _____, 2006, hereby

ORDERED that the time within which Defendants may respond to Plaintiff's complaint be and is EXTENDED to January 8, 2007; and it is further

ORDERED, that Defendants' Consent Motion For Enlargement Of Time To Respond To Complaint be and is GRANTED.

_____
United States District Judge

cc:  Douglas B. Mishkin, Esq.
     John F. Karl, Esq.