IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Professor **DEBABRATA SAHA, Ph.D.**, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**DONALD LEHMAN**, individually and in his )<br>capacity as Executive Vice President for )<br>Academic Affairs of the George Washington )<br>University, )<br>)<br>and )<br>)<br>**TIMOTHY TONG**, individually and in his )<br>capacity as Dean, School of Engineering & )<br>Applied Science, )<br>)<br>and )<br>)<br>**THE GEORGE WASHINGTON UNIVERSITY**,)<br>)<br>Defendants. )<br>) | Civil Action No. 1:06-01493 (RCL) |

**ORDER**

Upon consideration of defendants' Consent Motion for Enlargement of Time to Respond to Complaint, it is hereby

ORDERED that defendants' Consent Motion for Enlargement of Time to Respond to Complaint is GRANTED; and it is further

ORDERED that the time within which defendants may respond to plaintiff's complaint is EXTENDED to January 8, 2007.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, November 30, 2006.