**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                                           )
**Professor DEBABRATA SAHA, Ph.D.,**                       )
                                                           )
    **Plaintiff,**                       )
                                                           )
**v.**                                                     )          **Civil Action No. 1:06-01493 (RCL)**
                                                           )
**DONALD LEHMAN, individually and in his**                 )
**capacity as Executive Vice President for**               )
**Academic Affairs of the George Washington**              )
**University,**                                            )
                                                           )
**and**                                                    )
                                                           )
**TIMOTHY TONG, individually and in his**                  )
**capacity as Dean, School of Engineering &**              )
**Applied Science,**                                       )
                                                           )
**and**                                                    )
                                                           )
**THE GEORGE WASHINGTON UNIVERSITY,**)
                                                           )
    **Defendants.**                      )
_____)

**ORDER**

    Defendants, Donald Lehman, Timothy Tong, and the George Washington University have

filed an answer.  Therefore, a Local Rule 16.3 Conference shall be held within fifteen (15) days

of this date between plaintiff and defendants.  Within ten (10) days thereafter, a report shall be

filed with the Court, along with a proposed scheduling order.  The Proposed Scheduling Order

required by Rule 16.3(d) shall be submitted in Word Perfect (preferred) or Microsoft Word

format by email to RCL_ECF@dcd.uscourts.gov.

    SO ORDERED.

    Signed by Royce C. Lamberth, United States District Judge, January 26, 2007.