UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Professor Debabrata Saha, Ph.D., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DONALD LEHMAN, TIMOTHY TONG, and )<br>THE GEORGE WASHINGTON UNIVERSITY, )<br>)<br>Defendants. ) | C.A. NO. 06-1493 RCL<br><br><br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME,
*NUNC PRO TANC*, FOR FILING JOINT RULE 16.3 REPORT
AND FOR FILING RULE 16.3 ORDERS AND MEMORANDUM
OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

Plaintiff respectfully requests the Court enlarge the time for filing the Joint Rule 16.3 Report and draft Orders, *nunc pro tanc*, for the reasons discussed below.

The parties timely conducted their Rule 16.3 meeting on February 12, 2007. Plaintiff's counsel prepared a draft Joint Report that he e-mailed to counsel for defendants.

Counsel for defendant responded by e-mail on February 23, 2007. At the time, counsel for the plaintiff expected there would be further discussions with counsel for defendant ***prior*** to filing the Rule 16.3 Report. The Joint Report was due to be filed on February 26, 2007.

However, counsel for defendant expected plaintiff's counsel to file the Joint Rule 16.3 Report prior to any further discussions. Counsel for defendant was ill last week and the expected follow-up conversation did not take place until March 5, 2007.

The Joint Rule 16.3 Report was filed earlier today. Plaintiff's counsel requests the Court extend the time for filing that Report*, nunc pro tanc,*, to and including March 5, 2007.

Plaintiff also seeks additional time for filing the draft Rule 16.3 Orders to and including March 6, 2007. In addition to filing plaintiff's draft Order with the Court, plaintiff's counsel will also e-mail his draft Order to the Court in Word Perfect, pursuant to the Court's January 26, 2007 Order.

Based a discussion earlier today, counsel for plaintiff believes that Douglas Mishkin, counsel for defendants, consents to this motion, but his consent was not explicitly stated. A subsequent telephone message was left in voice mail.

WHEREFORE, plaintiff respectfully requests the Court enlarge the time for filing the Joint Rule 16.3 Report, *nunc pro tanc* and enlarge the time for filing draft Scheduling Orders to and including March 6, 2007. A draft Order is attached.

Respectfully submitted,

_____S_____
John F. Karl, Jr. #292458
Karl & Tarone
900 17th Street, NW
Suite 1250
Washington, DC 20006
202.293.3200
202.429.1851 (fax)
Counsel for Plaintiff