# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Professor Debabrata Saha, Ph.D., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | C.A. NO. 06-1493 RCL |
| ) | |
| DONALD LEHMAN, TIMOTHY TONG, and ) | |
| THE GEORGE WASHINGTON UNIVERSITY, ) | |
| ) | |
| Defendants. ) | **JURY TRIAL DEMANDED** |

## ORDER

Upon consideration of Plaintiff's Motion for Enlargement of Time for Filing Joint Rule 16.3 Report, *Nunc Pro Tanc,* and for Filing Draft Orders and Memorandum of Points and Authorities in Support Thereof, the lack of Opposition thereto, and the entire record herein, it is this day of _____ March, 2007 hereby:

ORDERED that Plaintiff's Motion should be, and hereby is, granted; and it is further

ORDERED that the time for filing the Rule 16.3 Report is extended *nunc pro tanc* to and including March 5, 2007; and it is further.

ORDERED that the parties shall file draft Rule 16.3 Orders no later than March 6, 2007.

_____
Royce C. Lamberth
U.S. District Judge

BY ECF

cc: John F. Karl, Jr.
Karl & Tarone
900 17th St, N.W.
Suite 1250
Washington, D.C. 20006
Counsel for Plaintiff

Douglas Mishkin, Esquire
Patton Boggs
2550 M Street, N.W
Washington, D.C. 20037
Counsel for Defendants