UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PROFESSOR DEBABRATA SAHA, Ph.D., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. NO. 06-1493 RCL |
| ) | |
| DONALD LEHMAN, TIMOTHY TONG, and ) | |
| THE GEORGE WASHINGTON UNIVERSITY, ) | |
| ) | |
| Defendants. ) | **JURY TRIAL DEMANDED** |

**PLAINTIFF'S NOTICE OF FILING**

NOTICE IS HEREBY GIVEN that plaintiff is filing his proposed Scheduling Order with the Court..

Respectfully submitted,

_____S_____
John F. Karl, Jr. #292458
Karl & Tarone
900 17th Street, NW
Suite 1250
Washington, DC 20006
202.293.3200
202.429.1851 (fax)
Counsel for Plaintiff