UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PROFESSOR DEBABRATA SAHA, Ph.D., ) <br> ) <br> Plaintiff, ) <br> ) <br> v.   ) <br> ) <br> DONALD LEHMAN, TIMOTHY TONG, and ) <br> THE GEORGE WASHINGTON UNIVERSITY, ) <br> ) <br> Defendants. ) <br> ) | C.A. NO. 06-1493 RCL <br><br><br> **JURY TRIAL DEMANDED** |

**ORDER**

Upon consideration of the Joint Report of the Rule 16.3 Conference, and the entire record herein, it is this _____ day of March, 2007, hereby

ORDERED that this case shall be placed on the "standard" track and each side will be permitted to take ten (10) depositions; and it is further

ORDERED that plaintiff may file a motion seeking leave to amend within sixty days, or at a later date, if George Washington University tries to revoke Professor Saha's tenure; and it is further

ORDERED that the parties shall comply with initial disclosures required by Rule 26(a)(1), F.R.Civ.P. no later than April 10, 2007; and it is further

ORDERED that plaintiff shall file his Motion for Partial Summary Judgment on Count IV no later than March 31, 2007, the Opposition, if any, shall be filed within eleven days; and the Reply shall be filed within five days; and it is further

ORDERED that all discovery shall be completed no later than May 30, 2007; and it is further

ORDERED that any dispositive motions other than those addressing the claim for

1

Declaratory Judgment in Count IV shall be filed no later than August 3, 2007; and it is further

ORDERED that Oppositions to dispositive Motions shall be filed no later than August 31, 2007; and it is further

ORDERED that the Replies in support in dispositive motions shall be filed no later than September 21, 2007.

_____
Royce C. Lamberth
U.S. District Judge


cc:    John F. Karl, Jr.
       Karl & Tarone
       900 17th St, N.W.
       Suite 1250
       Washington, D.C.  20006
       Counsel for Plaintiff


       Douglas Mishkin, Esquire
       Patton Boggs
       2550 M Street, N.W
       Washington, D.C.  20037
       Counsel for Defendants