UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Professor DEBABRATA SAHA, Ph.D <br><br> Plaintiff, <br><br> v. <br><br> DONALD LEHMAN, et al. <br><br> Defendants. | Case No. 1:06CV01493 <br> Judge Royce C. Lamberth |

### DEFENDANTS' NOTICE OF FILING

NOTICE IS HEREBY GIVEN that Defendants are filing their proposed Scheduling Order with the Court.

Dated: March 6, 2007

Respectfully submitted,

_____
Douglas B. Mishkin, DC Bar #338590
Shannon M. Gibson, DC Bar #482243
Patton Boggs, LLP
2550 M Street, NW
Washington, D.C. 20037
(202) 457-6000 (phone)
(202) 457-6482 (fax)

Counsel for Defendants

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 6th day of March, 2007 a true and correct copy of the foregoing Defendants' Notice of Filing was sent electronically to the following:

> John F. Karl, Jr., Esq.
> Karl & Tarone
> 900 Seventeenth Street, NW
> Washington, DC  20006
> Telephone:  (202) 293-3200
> Facsimile:  (202) 429-1851
>
> Counsel for Plaintiff

_____
Shannon M. Gibson