UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| Professor DEBABRATA SAHA, Ph.D )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DONALD LEHMAN, et al. )<br>)<br>Defendants. )<br>) | Case No. 1:06CV01493<br>Judge Royce C. Lamberth |

### DEFENDANTS' PROPOSED SCHEDULING ORDER

Pursuant to the parties' Joint Report filed on March 5, 2007 in accordance with LCvR 16.3, it is hereby

ORDERED that:

1. If there is any need to join other parties or amend pleadings, the parties will do so within sixty (60) days of filing the Joint Report.

2. Each party will be limited to the presumptive number of interrogatories and depositions as set forth in the Federal Rules of Civil Procedure and local rules.

3. The parties shall exchange initial disclosures by March 29, 2007.

4. All discovery, including answers to interrogatories, document production, responses to requests for admissions, and depositions shall be concluded by May 30, 2007, and are subject to the Stipulated Protective Order to be agreed upon by the parties.

5. The parties shall file dispositive motions by August 3, 2007, with oppositions due August 31, 2007 and replies due September 21, 2007.

6. Any Fed. R. Civ. P. 26(a)(2) expert witness report(s) shall be filed sixty (60) days after the entry of a scheduling order, with the party responding to that designation making its disclosure 45 days thereafter.

7. There shall be a Pretrial Conference within a reasonable period after the Court has ruled on dispositive motions. The date for the trial of this matter will be set at the Pretrial Conference.

IT IS SO ORDERED.

Dated                                              _____

                                                   Judge Royce C. Lamberth

cc: Douglas B. Mishkin, Esq.
    John F. Karl, Esq.