UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Professor DEBABRATA SAHA, Ph.D )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DONALD LEHMAN, et al. )<br>)<br>Defendants. )<br>) | Case No. 1:06CV01493<br>Judge Royce C. Lamberth |

## JOINT MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Plaintiff Debabrata Saha and Defendants Donald Lehman, Timothy Tong, and the George Washington University respectfully ask this Court for an enlargement of time to file their Joint Rule 16.3 Report and Proposed Scheduling Orders, *nunc pro tunc*, through and including Tuesday, March 6, 2007, based on the following:

1. Schedule of Plaintiff's and Defendants' counsel precluded the parties from concluding the Rule 16.3 meet-and-confer and finalizing the Joint Report and Proposed Scheduling Orders before the original February 26, 2007 filing deadline;

2. Plaintiff's and Defendants' counsel continued thereafter to discuss matters directly relevant to the Joint Report, including but not limited to, provisions for electronic discovery; and

3. This extension will neither impair the timely completion of the above-captioned matter, nor result in any undue delay, prejudice, or inconvenience.

WHEREFORE, the parties respectfully ask this Court for an enlargement of time to file their Joint Rule 16.3 Report and Proposed Scheduling Orders, *nunc pro tunc*, through and including

Tuesday, March 6, 2007. A draft order is attached.

Dated: March 8, 2007       Respectfully submitted,

               s/T John F. Karl, Jr.
               John F. Karl, Jr., DC Bar # 292458
               Karl & Tarone
               900 17th Street, NW
               Suite 1250
               Washington, DC 20006
               (202) 293-3200 (phone)
               (202) 429-1851 (fax)

               Counsel for Plaintiff


               s/T Douglas B. Mishkin
               Douglas B. Mishkin, DC Bar # 338590
               Shannon M. Gibson, DC Bar # 482243
               Patton Boggs, LLP
               2550 M Street, NW
               Washington, DC 20037
               (202) 457-6000 (phone)
               (202) 457-6482 (fax)

               Counsel for Defendants