UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Professor DEBABRATA SAHA, Ph.D <br><br> Plaintiff, <br><br> v. <br><br> DONALD LEHMAN, et al. <br><br> Defendants. | Case No. 1:06CV01493 <br> Judge Royce C. Lamberth |

### ORDER

Upon consideration of the Joint Motion for Enlargement of Time for filing the parties' Joint Rule 16.3 Report and Proposed Scheduling Orders, *nunc pro tunc*, submitted by Plaintiff Debabrata Saha and Defendants Donald Lehman, Timothy Tong, and the George Washington University, it is this ___ day of March, 2007, hereby:

ORDERED: that the parties' Joint Motion for Enlargement of Time should be, and hereby is, GRANTED, such that the time for filing the Rule 16.3 Joint Report and Proposed Scheduling Orders is extended, *nunc pro tunc*, to and including Tuesday, March 6, 2007.

Dated :

_____
Royce C. Lamberth
U.S. District Judge

Cc:  John F. Karl, Jr.
Karl & Tarone
900 17th Street, NW
Washington, DC 20006
Counsel for Plaintiff

Douglas B. Mishkin
Patton Boggs, LLP
2550 M Street, NW
Washington, DC 20037
Counsel for Defendants