IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| Professor **DEBABRATA SAHA, Ph.D.**, | ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiff, | | |
| v. | | Civil Action No. 1:06-01493 (RCL) |
| **DONALD LEHMAN**, *et al.*, | | |
| Defendants. | | |

**ORDER**

Upon consideration of the Joint Motion [17] for Enlargement of Time for filing the parties' Joint Rule 16.3 Report and Proposed Scheduling Orders, *nunc pro tunc*, submitted by plaintiff Debabrata Saha and defendants Donald Lehman, Timothy Tong, and the George Washington University, it is hereby

ORDERED that the parties' Joint Motion [17] for Enlargement of time is GRANTED such that time for filing the Rule 16.3 Joint Report and Proposed Scheduling Order is extended, *nunc pro tunc*, to and including March 6, 2007.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, April 3, 2007.