UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Professor **DEBABRATA SAHA, Ph.D.**, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 1:06-01493 (RCL) |
| ) | |
| **DONALD LEHMAN,** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |

## SCHEDULING ORDER

Upon consideration of the Joint Report of the Rule 16.3 Conference, and the entire record herein, it is hereby

ORDERED that this case shall be placed on the "standard" track, and each side will be permitted to take ten (10) depositions; it is further

ORDERED that plaintiff may file a motion seeking leave to amend within sixty days, or at a later date, if George Washington University tries to revoke Professor Saha's tenure; it is further

ORDERED that the parties shall comply with initial disclosures required by Rule 26(a)(1) of the Federal Rules of Civil Procedure no later than April 10, 2007; it is further

ORDERED that plaintiff shall file his Motion for Partial Summary Judgment on Count IV no later than March 31, 2007, the Opposition, if any, shall be filed within eleven (11) days, and the Reply shall be filed within five (5) days; it is further

ORDERED that all discovery shall be completed no later than May 30, 2007, except that any Rule 26(a)(2) expert witness report(s) shall be filed sixty (60) days after the entry of this

Scheduling Order, with the party responding to that designation making its disclosure 45 days thereafter; it is further

ORDERED that any dispositive motions other than those addressing the claim for Declaratory Judgment in Count IV shall be filed no later than August 3, 2007; it is further

ORDERED that oppositions to dispositive motions shall be filed no later than August 31, 2007; it is further

ORDERED that the replies in support of the dispositive motions shall be filed no later than September 21, 2007; and it is further

ORDERED that there shall be a Status Conference within a reasonable period after the Court has ruled on dispositive motions.  The date for pretrial and trial of this matter will be set at this Status Conference.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, April 3, 2007.