UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Professor Debabrata Saha, Ph.D., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DONALD LEHMAN, TIMOTHY TONG, and ) <br> THE GEORGE WASHINGTON UNIVERSITY, ) <br> ) <br> Defendants. ) <br> ) | C.A. NO. 06-1493 RCL <br><br><br> **JURY TRIAL DEMANDED** |

**PLAINTIFF'S MOTION TO WITHDRAW THE APPEARANCE OF PLAINTIFF'S COUNSEL JOHN F. KARL, JR. AND FOR STAY OF PROCEEDINGS TO ALLOW PLAINTIFF TO OBTAIN NEW COUNSEL AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

Plaintiff respectfully requests the Court enter an Order pursuant to Local Civil Rule 83.6 allowing withdrawal of plaintiff's counsel John F. Karl, Jr. and his law firm from representation of plaintiff in this case.

After numerous discussions and written and oral communication regarding this litigation, plaintiff and his counsel find themselves in fundamental and irreconcilable disagreement regarding material issues in this litigation, including strategy and finances. Under these circumstances, plaintiff and his counsel are in agreement that the undersigned counsel should withdraw his appearance. A copy of the Consent executed by Professor Saha is attached hereto.

Discovery in this matter has just begun. No depositions have yet been taken. No trial date has been set. Accordingly, granting this motion will not prejudice any party.

Plaintiff requests a stay of proceedings for sixty days so that he has an opportunity to obtain new counsel.

The undersigned counsel sought the consent of defendants' counsel Douglas Mishkin to this motion. Defendants do not consent to this motion and stated defendants will respond to the motion after they have seen it.

WHEREFORE, plaintiff respectfully request the Court grant the Motion to Withdraw Appearance of Plaintiff's Counsel John F. Karl, Jr. And for Stay of Proceedings to Allow Plaintiff to Obtain New Counsel   A draft Order is attached.

Respectfully submitted,

_____S_____
John F. Karl, Jr. #292458
Karl & Tarone
900 17th Street, NW
Suite 1250
Washington, DC 20006
202.293.3200
202.429.1851 (fax)
Counsel for Plaintiff

## CERTIFICATE OF SERVICE

       I hereby certify that a copy of the foregoing Plaintiff's Motion to Withdraw Appearance of Plaintiff's Counsel John F. Karl, Jr. And for Stay of Proceedings to Allow Plaintiff to Obtain New Counsel and Memorandum of Points and Authorities in Support Thereof and draft Order were served on all parties on this 1st day of May, 2007 by sending copies to :

BY ECF:

    Douglas Mishkin, Esquire
    Patton Boggs
    2550 M Street, N.W
    Washington, D.C.  20037
    Counsel for Defendants

BY FIRST CLASS MAIL, POSTAGE PREPAID

    Professor Debabrata Saha
    9409 Fair Pine Lane
    Great Falls, VA 22066
    Plaintiff

                                                _____
                                                      John F. Karl, Jr.