UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Professor Debabrata Saha, Ph.D., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. NO. 06-1493 RCL |
| ) | |
| DONALD LEHMAN, TIMOTHY TONG, and ) | |
| THE GEORGE WASHINGTON UNIVERSITY, ) | |
| ) | |
| Defendants. ) | JURY TRIAL DEMANDED |
| ) | |

**PLAINTIFF'S CONSENT TO PLAINTIFF'S MOTION TO WITHDRAW APPEARANCE OF JOHN F. KARL, JR**

NOTICE IS HEREBY GIVEN that plaintiff consents to the withdrawal of the appearance of John F. Karl, Jr. and the law firm of Karl & Tarone from representing him in this case.

Respectfully submitted,

*/s/ Debabrata Saha*
Professor Debabrata Saha, Ph.D

04/27/07