UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Professor Debabrata Saha, Ph.D., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DONALD LEHMAN, TIMOTHY TONG, and )<br>THE GEORGE WASHINGTON UNIVERSITY, )<br>)<br>Defendants. ) | C.A. NO. 06-1493 RCL<br><br><br><br>**JURY TRIAL DEMANDED** |

**ORDER**

Upon consideration of Plaintiff's Motion to Withdraw the Appearance of Plaintiff's Counsel John F. Karl, Jr. and for Stay of Proceedings to Allow Plaintiff to Obtain New Counsel and Memorandum of Points and Authorities in Support Thereof, Plaintiff's Consent, the Opposition thereto, and the entire record herein, it is this day of _____ May, 2007 hereby:

ORDERED that Plaintiff's Motion should be, and hereby is, granted; and it is further

ORDERED that pursuant to Local Civil Rule 83.6 John F. Karl, Jr. and the law firm of Karl & Tarone shall be granted leave to withdraw from representation of plaintiff; and it is further

ORDERED that the appearance of John F. Karl, Jr. and the law firm of Karl & Tarone are hereby stricken; and it is further

ORDERED that these proceedings are stayed for a period of sixty-days from the entry of this order to allow plaintiff an opportunity to obtain new counsel; and it is further

ORDERED that plaintiff shall report to this Court at the end of this sixty-day period whether he has obtained new counsel; and it is further

ORDERED that a status conference be held on _____, 2007.

                                                    Royce C. Lamberth
                                                    U.S. District Judge

BY ECF

cc:    John F. Karl, Jr.
       Karl & Tarone
       900 17th St, N.W.
       Suite 1250
       Washington, D.C. 20006
       Counsel for Plaintiff

       Douglas Mishkin, Esquire
       Patton Boggs
       2550 M Street, N.W
       Washington, D.C. 20037
       Counsel for Defendants

BY MAIL:

cc:    Professor Debabrata Saha
       9409 Fair Pine Lane
       Great Falls, VA 22066
       Plaintiff *pro se*