UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Professor DEBABRATA SAHA, Ph.D )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DONALD LEHMAN, et al. )<br>)<br>Defendants. )<br>) | Case No. 1:06CV01493<br>Judge Royce C. Lamberth |

## DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO WITHDRAW AND FOR STAY

Plaintiff's counsel John F. Karl, Jr. is seeking to withdraw from this nine-month-old case virtually on the eve of the May 30, 2007 discovery deadline. To date, Plaintiff Debrabata Saha has essentially failed to participate in discovery. His belated initial disclosures duplicated the timely disclosures he had received three days earlier from Defendants. Then he simply ignored Defendants' interrogatories and document request (responses were due May 9) and a notice for his May 11 deposition.

Defendants would prefer that Mr. Karl's motion to withdraw not be granted because of the disruption it will cause the pre-trial schedule; however, given that there has been no pre-trial conference, and no trial date has been set, Defendants do not oppose the motion. If this Court is inclined to permit Mr. Karl's withdrawal, Defendants request that Plaintiff Saha be given until June 1, 2007 (30 days from the date of Mr. Karl's motion, not 60 days from the entry of the Court's Order, as requested in Mr. Karl's motion) to retain new counsel, and that the Court schedule a status

conference on or about June 1 to address whatever modifications may need to be made to the Court's April 3, 2007 scheduling order.

                                                Respectfully submitted,

                                                */s/ Shannon M. Gibson*
                                                Douglas B. Mishkin, DC Bar # 338590
                                                Shannon M. Gibson, DC Bar # 482243
                                                PATTON BOGGS LLP
                                                2550 M Street, N.W.
                                                Washington, D.C. 20037
                                                Telephone: (202) 457-6000
                                                Facsimile: (202) 457-6315
                                                Counsel for Defendants

Dated: May 15, 2007

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of May, 2007 a true and correct copy of the foregoing Defendants' Response to Plaintiff's Motion to Withdraw and For Stay was sent electronically to Mr. Karl, and by regular mail to Dr. Saha, at the following addresses:

John F. Karl, Jr., Esq.
Karl & Tarone
900 Seventeenth Street, NW
Washington, DC 20006
Telephone: (202) 293-3200
Facsimile: (202) 429-1851
Email: jfklaw@igc.org

Counsel for Plaintiff

Debabrata Saha, Ph.D
9409 Fair Pine Lane
Great Falls, VA 22066

_____
Shannon M. Gibson