UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Professor DEBABRATA SAHA, Ph.D )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DONALD LEHMAN, et al. )<br>)<br>Defendants. )<br>) | Case No. 1:06CV01493<br>Judge Royce C. Lamberth |

## ORDER

Upon consideration of Plaintiff's counsel John F. Karl, Jr.'s Motion to Withdraw and For Stay, and Defendant Donald Lehman's, Timothy Tong's, and The George Washington University's Response thereto, it is this _____ day of _____, 2007 hereby:

ORDERED that Plaintiff's Motion to Withdraw and For Stay should be and is DENIED; and it is further

ORDERED that a status conference be held on _____, 2007.

                                                                                                  _____
                                                                                                  Royce C. Lamberth
                                                                                                  U.S. District Judge

cc:   John F. Karl, Jr., Esq.
        Counsel for Plaintiff

        Douglas B. Mishkin, Esq.
        Counsel for Defendants

BY MAIL

        Debabrata Saha, Ph.D
        9409 Fair Pine Lane
        Great Falls, VA 22066