UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Professor DEBABRATA SAHA, Ph.D )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DONALD LEHMAN, et al. )<br>)<br>Defendants. )<br>_____) | Case No. 1:06CV01493<br>Judge Royce C. Lamberth |

## ORDER

Upon consideration of Plaintiff's counsel John F. Karl, Jr.'s Motion to Withdraw and For Stay, and Defendant Donald Lehman's, Timothy Tong's, and The George Washington University's Response thereto, it is this ___ day of _____, 2007 hereby:

ORDERED that Plaintiff's Motion to Withdraw and For Stay should be and is GRANTED; and it is further

ORDERED that a status conference be held on _____, 2007; and it is further

ORDERED that all proceedings in the above-captioned case are stayed until the status conference.

_____
Royce C. Lamberth
U.S. District Judge

cc:   John F. Karl, Jr., Esq.
      Counsel for Plaintiff

      Douglas B. Mishkin, Esq.
      Counsel for Defendants

BY MAIL

    Debabrata Saha, Ph.D
    9409 Fair Pine Lane
    Great Falls, VA  22066

2