**Debabrata Saha**
9409 Fairpine Lane
Great Falls, Viginia 22066, U.S.A.
(703)757-5418

Ms. Nancy Mayer-Whittington
The Clerk of Court
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

June 8, 2007

**Re : Case # 1:06-cv-01493-RCL**

Dear Ms. Mayer-Whittington :

    I respectfully like to request you to enter that I myself will appear on my behalf for the Case # 1:06-cv-01493-RCL. Please send all the communications and legal documents to e-mail address : sbaisakh@cox.net and/or my home address : 9409 Fairpine Lane, Great Falls, VA-22066. My home phone no. is (703) 757-5418.

    I thank you for your attention.

Sincerely,

*Debabrata Saha*
Debabrata Saha

**RECEIVED**

JUN 1 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT