UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| Professor **DEBABRATA SAHA, Ph.D.**, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | Civil Action No. 06-01493 (RCL) |
| **DONALD LEHMAN**, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

### ORDER

Upon consideration of plaintiff's motions to withdraw [20] the appearance of plaintiff's counsel John F. Karl, Jr., and for stay [21] of proceedings to allow plaintiff to obtain new counsel, and the memorandum of points and authorities in support thereof, plaintiff's consent, the opposition thereto, and the entire record herein, it is hereby

ORDERED that plaintiff's motion [20] to withdraw appearance is GRANTED; it is further

ORDERED that, pursuant to Local Civil Rule 83.6, John F. Karl, Jr. and the law firm of Karl & Tarone shall be granted leave to withdraw from representation of plaintiff; it is further

ORDERED that the appearance of John F. Karl, Jr. and the law firm of Karl & Tarone are hereby stricken; and it is further

ORDERED that the motion [21] for stay of these proceedings is DENIED, plaintiff having filed notice [23] of intent to proceed *pro se*.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, July 5, 2007.