UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Professor DEBABRATA SAHA, Ph.D., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DONALD LEHMAN, et al. )<br>)<br>Defendants. )<br>) | C.A. NO. 06-1493 RCL |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants The George Washington University, Donald R. Lehman and Timothy Tong, by counsel, hereby move this Court pursuant to Local Rule 56.1 and Fed. R. Civ. P. 56 for the entry of summary judgment against Plaintiff Debabrata Saha on all counts of Plaintiff's First Amended Complaint.

The grounds for this motion are set forth fully in the accompanying memorandum of points and authorities, which is incorporated herein by reference.

Douglas B. Mishkin, DC Bar # 338590
Shannon M. Gibson, DC Bar # 482243
PATTON BOGGS LLP
2550 M Street, N.W.
Washington, D.C. 20037
Telephone: (202) 457-6000
Facsimile: (202) 457-6315
Counsel for Defendants

Dated: August 3, 2007