

# THE GEORGE WASHINGTON UNIVERSITY
WASHINGTON DC

EXECUTIVE VICE PRESIDENT FOR ACADEMIC AFFAIRS

August 29, 2005

Professor Debabrata Saha
9409 Fair Pine Lane
Great Falls, VA 22066

Re: Suspension without pay

Dear Professor Saha:

I am once again disappointed, but not surprised, by your failure to respond in any way to my letters of June 27 and July 26, 2005 and follow up phone calls, for a meeting, and your failure to attend the meeting I scheduled for August 19, 2005. It is with some regret, but with resolve, that I take the following action:

Effective immediately, and until further notice, you are hereby placed on unpaid suspension. Your classes for the Fall 2005 semester have been reassigned. You are not to come to either campus to teach or perform any other University responsibilities. Further, it is my intention in the very near future to initiate proceedings to terminate your tenured appointment, in accordance with Article V.C. of the Faculty Code and Section F of the "Procedures for the Implementation of the Faculty Code."

You may call my office if you wish to discuss this.

Sincerely,

Donald R. Lehman
Executive Vice President for Academic Affairs

cc: Tim Tong, Dean, School of Engineering and Applied Science