**QUICK MESSENGER SERVICE**
**QMS**

4829 Fairmont Ave., Suite B
Bethesda, MD 20814-6096
240.223.2245, Ext. 210

Invoice Date:        09/01/05
Invoice #:           0412490
Account:             2985
Invoice Total:       $31.50
Account Balance:     $31.50

Executive VP for Academic
Affairs (GWU)
2121 I Street NW Suite 813
Washington DC 20052

Please tear off & return

Executive VP for Academic
Affairs (GWU)
2121 I Street NW Suite 813
Washington DC 20052

Account:    2985
Invoice #:  0412490
Total:      $31.50
Date:       09/01/05

| Date | Order# | Time | Caller | Del/PU Point | Srv | Ret | WT | XW | XC | Price |
|---|---|---|---|---|---|---|---|---|---|---|
| 08/29/05 | 3815464 | 13:00 | KEELY | 9409 FAIR PINE LA GRF | REG | | | | | 31.50 |
| | | | STATE TAX ID 0067927 001 | 5.75% SALES TAX | | | | | | 0.00 |

Interest of 1.5% per month will
be charged on overdue amounts

Invoice Total:   $31.50

| Balance | Current | 31-60 | 61-90 | Over 90 |
|---|---|---|---|---|
| $31.50 | $31.50 | $0.00 | $0.00 | $0.00 |



Acct:
Alias: 100011
Keely Walston

RECEIVED SEP 7 2005
EXECUTIVE VICE PRESIDENT
FOR ACADEMIC AFFAIRS

Charge Code -
RUS Rush Job    RET Round Trip    NC Night Call    EXC Exclusive    2A Two Attempts    CJ Car Job        WA Wrong Address    WT Waiting Time
XW Extra Weight TC Truck Call     XR Extra Rooms   HC Holiday Call  XB Extra Buildings FC Finance Charge REG Regular Return  NP No Pickup
IW Inclement Weather              DW Dimensional Weight             WR Wrong Room

4829 Fairmont Ave., Suite B • Bethesda, MD 20814-6096 • 240.223.2245, Ext. 210       PB 00019