1        HEARING BEFORE THE

2   GEORGE WASHINGTON UNIVERSITY FACULTY SENATE

3      DISPUTE RESOLUTION COMMITTEE

4

5   ------------------------------------  :

6   In re:                                 :

7   COMPLAINT AGAINST DEBABRATA SAHA       :

8   Seeking Tenure Revocation              :

9   ------------------------------------  :

10                  ORIGINAL

11

12

13

14                           Washington, D.C.

15                           Monday, March 6, 2006

16                           Volume 3

17

18

19

20

21   REPORTED BY:

22      SUSANNE BERGLING, RMR-CLR

```
 1                HEARING BEFORE THE
 2      GEORGE WASHINGTON UNIVERSITY FACULTY SENATE
 3            DISPUTE RESOLUTION COMMITTEE
 4
 5    - - - - - - - - - - - - - - - - - - x
 6    In re:                              :        ORIGINAL
 7    COMPLAINT AGAINST DEBABRATA SAHA,   :
 8       Seeking Tenure Revocation        :
 9    - - - - - - - - - - - - - - - - - - x
10
11
12              Monday, April 3, 2006
13                 Washington, D.C.
14
15
16
17    REPORTED BY:
18       Curtis R. Cloward, CSR
19
20
21
22
```

```
 1        Hearing held at George Washington

 2   University, 2002 G Street North West, H-105, at

 3   8:05 a.m., before CURTIS R. CLOWARD, a Notary

 4   Public within and for the District of Columbia,

 5   when were present on behalf of the respective

 6   parties:

 7

 8   HEARING BEFORE:

 9

10        MS. JOAN SCHAFFNER - CHAIR

11        MARK KLOCK

12        RAVI ACHROL

13        GUILLERMO GUTIERREZ

14        BRIAN BILES

15        ROBERT DUNN

16

17   ON BEHALF OF PROFESSOR SAHA:

18        JOHN F. KARL, JR., ESQ.

19        KARL & TARONE

20        900 17th Street, North West, Suite 1250

21        Washington, D.C. 2006-2517

22        (202) 293-3200
```

```
 1     APPEARANCES (Continued):

 2     ON BEHALF OF GEORGE WASHINGTON UNIVERSITY:

 3         DOUGLAS B. MISHKIN, ESQ.

 4         RICHARD A. WEITZNER, ESQ.

 5         PATTON BOGGS, LLP

 6         2550 M Street, North West

 7         Washington, D.C. 20037-1350

 8         (202) 457-6020

 9

10     ALSO PRESENT:  Donald Richard Lehman

11

12                     - oOo -

13

14

15

16

17

18

19

20

21

22
```

1    committee members have any questions?

2            (No audible response.)

3            HEARING CHAIR SCHAFFNER: Okay.

4            All right, thank you very much,

5    appreciate your coming in.

6            MR. KARL: I would call Prof. Saha

7    next.

8            HEARING CHAIR SCHAFFNER: We would

9    like to take a five-minute break.

10            (Whereupon, there was a short pause in

11    the proceedings.)

12    (9:30 a.m.)

13    Whereupon,

14            DEBABRATA SAHA,

15    was called as a witness and, after having been

16    first duly sworn by the Notary Public, was

17    examined and testified, as follows:

18    DIRECT EXAMINATION ON BEHALF OF PROF. SAHA

19            BY MR. KARL:

20    Q.    **State your full name for the record,**

21    **please.**

22    A.    Debabrata Saha.

1    stipulations, I noticed the trend which, of
2    course, has been the trend through most of the
3    testimony, is that you basically denied all of
4    the stipulations or many of the stipulations by
5    just saying you denied having received E-mails,
6    letters, memorandums.
7              And this is much of the testimony, of
8    course, has gone to that particular issue in
9    general.
10             So, is it basically your testimony
11   that you have failed to receive any
12   communications from the University since 1999?
13             THE WITNESS:  Not '99, I would say
14   '97.  My department mail in my mailbox has
15   diminished by a factor of 7 or 8.  I hardly
16   receive mail in my mailbox.
17             I get my few journals that I
18   subscribe, which I do not miss.  I do not miss a
19   singly journal.  And a few things that are stuff
20   I check, I have to check.  I know that it should
21   be coming.
22             Most of them have diminished by a