UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Professor DEBABRATA SAHA, Ph.D., )
)
Plaintiff, )
)
v. ) C.A. NO. 06-1493 RCL
)
DONALD LEHMAN, et al. )
)
Defendants. )

**STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

1. On Monday, August 29, 2005, Defendant The George Washington University ("GWU") suspended Plaintiff Debabrata Saha ("Saha") for the fourth time in eight years. Lehman Decl. ¶ 4.

2. Defendant Donald Lehman had the August 29, 2005 suspension letter delivered that day by regular and certified mail and by courier to Saha's home address and a copy slipped under Saha's office door. Lehman Decl. ¶ 6; Walston Decl. ¶ 4; Little Decl. ¶ 4.

3. On Monday August 29, 2005, Defendant Timothy Tong requested that security personnel be present in both the ECE front office, as well as outside the classrooms originally assigned to Professor Debabrata Saha ("Saha") prior to his suspension, for the safety of the staff and to avoid the disruption of department operations. Tong Decl. ¶¶ 6 – 8.

4. Dean Tong requested the security personnel because Saha had a long history of difficult and sometimes aggressive behavior with faculty and staff in the School of Engineering and Applied Science ("SEAS"). Tong Decl. ¶ 8.

5. For a period of almost ten years, Saha had consistently failed to communicate with his colleagues, participate in faculty meetings, and respond to the Chairman of his Department. Tong Decl. ¶ 8.

6.  As of August 2005, Dean Tong had been the Dean of SEAS for five years and Saha had never spoken to him, despite Dean Tong's efforts to communicate with him. Tong Decl. ¶ 8.

7.  On Thursday night, September 1, the suspended Professor Saha appeared in a classroom of the Gelman Library and began to teach a course entitled ECE-243 – Communications Theory. First Am. Compl. ¶ 9; Answer ¶ 9.

8.  Senior Corporal Francis Williams, Jr. ("Williams"), a member of the GWU Police Department, advised Professor Saha that he was not allowed to teach any classes due to his suspension and asked him to leave. Williams Decl. ¶ 5. No students or anyone else overheard the conversation as far as Williams can recall. Williams Decl. ¶ 7.

9.  Saha quietly gathered his belongings and left the classroom without incident. Williams Decl. ¶ 5.

10. At most, only seven students were in the ECE-243 classroom at the time Williams asked Saha to leave. Tong Decl. ¶ 9.

11. Saha was escorted from Gelman Library to his office on the sixth floor of the Academic Center. After a short time, Saha left the Academic Center and went to his car, which was parked on the street. Williams Decl. ¶ 6. Williams watched from the entrance of the Academic Center. Williams Decl. ¶ 6.

12. Saha was not handcuffed. Williams Decl. ¶ 7.

13. Saha was not arrested or told that he was under arrest. Nor was Saha threatened with arrest if he refused to cooperate. Williams Decl. ¶ 7.

14. In fact, GWU's security officers never touched Saha on the evening of September 1, 2005, but rather simply walked with him as he left the academic buildings. Williams Decl. ¶ 7.

15. Saha cooperated fully with the officers, without getting upset or raising his voice. Williams Decl. ¶ 7. He was respectful. Williams Decl. ¶ 7.

16. On Friday, September 2, 2005, Saha returned to his office at the Academic Center. First Am. Compl. ¶ 14; Answer ¶ 14.

17. GWU's security officers served Saha with a notice barring him from campus, which he signed, and escorted him from the Academic Center to the parking garage where Saha got in his car. First Am. First Am. Compl. ¶ 16; Answer ¶ 16.

18. Saha was escorted out of the building without incident. Archie Decl. ¶ 6.

19. Saha was not handcuffed. Archie Decl. ¶ 7.

20. Saha was not arrested. He was not told that he was under arrest. Archie Decl. ¶ 7.

21. In fact, GWU's security officers never touched Saha on the morning of September 2, 2005, but rather simply walked with him from his department office on the sixth floor of the Academic Center, to the elevator, and down to the parking garage. Archie Decl. ¶¶ 6, 7.

22. The sixth floor of the Academic Center was quiet the morning of September 2, 2005. Archie Decl. ¶ 6.

23. No one else rode the elevator down from the sixth floor to the parking garage with Saha other than the two GWU security officers. Archie Decl. ¶ 6.

24. Saha cooperated fully with the officers, without getting upset or raising his voice. Archie Decl. ¶ 7.

_____
Douglas B. Mishkin, DC Bar # 338590
Shannon M. Gibson, DC Bar # 482243
PATTON BOGGS LLP
2550 M Street, N.W.
Washington, D.C. 20037
Telephone: (202) 457-6000
Facsimile: (202) 457-6315
Counsel for Defendants

Dated: August 3, 2007

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of August, 2007 a true and correct copy of the foregoing Statement of Undisputed Material Facts in Support of Defendants' Motion for Summary Judgment was sent by first class mail, postage prepaid, to the following:

Dr. Debabrata Saha
9409 Fairpine Lane
Great Falls, VA 22066

Plaintiff appearing *pro se*

_____
Douglas B. Mishkin