UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Professor DEBABRATA SAHA, Ph.D., )
)
Plaintiff, )
)
v. ) Case No. 1:06CV01493
) Judge Royce C. Lamberth
DONALD LEHMAN, et al. )
)
Defendants. )

## DECLARATION OF FELICIA ARCHIE

1. My name is Felicia Archie.

2. I am and was at all times material hereto a Corporal with The George Washington University Police Department.

3. I am competent to execute this declaration, which I do upon personal knowledge, including a review of applicable police records.

4. On Friday, September 2, 2005, I went to the Department of Computer and Electrical Engineering at the Academic Center to serve Professor Debabrata Saha ("Saha") with a notice barring him from the University campus.

5. After arriving at the department office, I explained to Saha that he was being barred from all George Washington University property. Saha signed the bar notice and gave us his office keys and GWorld card.

6. I helped escort Saha from the sixth floor to the B3 level of the Academic Center. We walked from Saha's department office to an elevator on the sixth floor. I recall it being quiet on the sixth floor that morning. I rode with Saha and my colleague, Sergeant Joan Broady, down the elevator to the B3 level where the parking garage is located. No one else was on the elevator. Saha left the building without incident.

7. We did not handcuff Saha or touch him in any way. We did not arrest Saha and we did not tell Saha that he was under arrest. Saha cooperated, without getting upset or raising his voice.

I HEREBY CERTIFY under penalty of perjury that the foregoing is true and correct.

Felicia Archie

Date: 7-31-07