UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Professor DEBABRATA SAHA, Ph.D., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DONALD LEHMAN, et al. ) <br> ) <br> Defendants. ) <br> ) | Case No. 1:06CV01493 <br> Judge Royce C. Lamberth |

### DECLARATION OF DONALD R. LEHMAN

1. My name is Donald R. Lehman.

2. I am competent to execute this declaration, which I do upon personal knowledge, including my review of a relevant email.

3. At all times material hereto, I was the Vice President, and then the Executive Vice President, for Academic Affairs of The George Washington University (the "University").

4. On Monday, August 29, 2005, the University suspended Plaintiff Debabrata Saha ("Saha") for the fourth time in eight years.

5. I informed Dr. Saha of the suspension in a letter dated August 29, 2005.

6. I had the August 29, 2005 suspension letter delivered that same day by regular and certified mail and by courier to Saha's home address and a copy slipped under his office door.

I HEREBY CERTIFY under penalty of perjury that the foregoing is true and correct.

Donald Lehman

Date: 1 August 2007