UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Professor DEBABRATA SAHA, Ph.D.,           )
                                            )
Plaintiff,                                  )
                                            )
v.                                          )   Case No. 1:06CV01493
                                            )   Judge Royce C. Lamberth
DONALD LEHMAN, et al.                       )
                                            )
Defendants.                                 )
_____)

## DECLARATION OF SANDRA LITTLE

1. My name is Sandra Little.

2. I am and was at all times material hereto Special Assistant to the Dean of the School of Engineering and Applied Science (SEAS) at The George Washington University.

3. I am competent to execute this declaration, which I do upon personal knowledge.

4. On Monday, August 29, 2005, I slipped a copy of a suspension letter addressed to Debabrata Saha ("Saha") from Donald R. Lehman, Executive Vice President of Academic Affairs, under Saha's office door in the Department of Electrical and Computer Engineering,. I did so at the direction of SEAS Dean Timothy Tong.

I HEREBY CERTIFY under penalty of perjury that the foregoing is true and correct.

_Sandra Little_
Sandra Little

Date: Aug 1, 2007