UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Professor DEBABRATA SAHA, Ph.D., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | Case No. 1:06CV01493 |
| ) | Judge Royce C. Lamberth |
| DONALD LEHMAN, et al.  ) | |
| ) | |
| Defendants. ) | |
| _____) | |

## DECLARATION OF TIMOTHY TONG

1. My name is Timothy Tong.

2. I am and was at all times material hereto Dean of the School of Engineering and Applied Sciences ("SEAS") at The George Washington University.

3. I am competent to execute this declaration, which I do upon personal knowledge, including my review of the class registration for ECE-243 – Communications Theory.

4. On Friday, August 26, 2005, I was informed that the University was suspending Professor Debabrata Saha ("Saha") from all of his teaching responsibilities for the Fall 2005 semester.

5. On Monday, August 29, 2005, I was advised that on that day a suspension letter signed by Executive Vice President for Academic Affairs Donald R. Lehman was sent by courier to Saha's home and a copy was slipped under the door to his office.

6. Because I was concerned about Saha's possible reaction to receiving the suspension letter, on Monday, August 29, 2005 I requested that security personnel be present in the front office of the Department of Electrical and Computer Engineering ("Department").

7. On that same day, I also requested that plain clothes security officers be present outside the classrooms of the classes originally assigned to Saha prior to his suspension, because I was concerned that Saha might appear for class despite his suspension letter.

8. I made these requests on August 29 to safeguard my staff, to avoid the disruption of SEAS operations, and in response to Department Chair Can Korman's expressed concern for the safety of the Department's faculty and staff. I was concerned because Saha had a long history of difficult and sometimes aggressive behavior with the SEAS faculty and staff. For a period of almost ten years, Saha had consistently failed to communicate with his colleagues, participate in faculty meetings, and respond to the Chairman of his Department. At this point I had been the Dean of SEAS for five years and Saha had never spoken to me, despite my efforts to communicate with him.

9. There were at most seven students in the classroom on Thursday, September 1, 2005, based on my review of the class registration for ECE-243 -- Communications Theory.

I HEREBY CERTIFY under penalty of perjury that the foregoing is true and correct.

_____
Timothy Tong

Date: 8/1/07