UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Professor DEBABRATA SAHA, Ph.D., )
)
Plaintiff, )
)
v. ) Case No. 1:06CV01493
) Judge Royce C. Lamberth
DONALD LEHMAN, et al. )
)
Defendants. )
)

## DECLARATION OF KEELY WALSTON

1. My name is Keely Walston.

2. I am and was at all times material hereto employed by The George Washington University as Administrative Manager in the office of Executive Vice President Donald R. Lehman.

3. I am competent to execute this declaration, which I do upon personal knowledge.

4. At the instruction of Executive Vice President Lehman, on August 29, 2005 I sent the August 29, 2005 suspension letter to Professor Saha at his home address (9409 Fair Pine Lane, Great Falls, Virginia 22066) by regular mail and by certified mail. A copy of that letter bearing my handwritten notation to this effect is attached hereto. I also had this letter couriered that day to Professor Saha at his home address. A copy of the invoice reflecting the delivery by the courier is attached hereto.

I HEREBY CERTIFY under penalty of perjury that the foregoing is true and correct.

*Keely Walston*
Keely Walston

Date: 8/2/07