UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Professor DEBABRATA SAHA, Ph.D., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DONALD LEHMAN, et al. ) <br> ) <br> Defendants. ) <br> ) | Case No. 1:06CV01493 <br> Judge Royce C. Lamberth |

### DECLARATION OF FRANCIS WILLIAMS JR.

1. My name is Francis Williams, Jr.

2. I am and was at all times material hereto a Senior Corporal with The George Washington University Police Department ("GWUPD") employed by The George Washington University.

3. I am competent to execute this declaration, which I do upon personal knowledge, including my review of applicable GWUPD records.

4. On Thursday, September 1, 2005, I reported to Room 609 of the Gelman Library. Two junior officers were already there. Per the instructions of Assistant Chief James Isom, I spoke with Professor Debabrata Saha ("Saha"), who was inside Room 609 (a classroom) and was lecturing to a small group that seemed to be no more than five or so students.

5. I asked to speak with Saha privately. I then informed Saha that he had previously been suspended and therefore was not supposed to be teaching any classes. I asked Saha to leave at that time. Saha quietly gathered his belongings and left the classroom without incident.

6. I accompanied Saha from Room 609 out of Gelman Library and to the lobby of the Academic Center, where Saha's department office was located. The two junior officers then escorted Saha to his office on the sixth floor of the Academic Center. I remained in the lobby of the Academic Center. After a short time, Saha and the two junior officers returned to the lobby from the sixth floor, and I watched from the entrance of the Academic Center as Saha left the Academic Center and went to his car, which was parked on the street.

7. At no time on September 1, 2005 did I or any of my colleagues arrest Saha or tell Saha that he was under arrest or being arrested. Nor did we threaten him with arrest if he refused to cooperate. We did not handcuff Saha or touch him in any way. Saha cooperated fully with us, without getting upset or raising his voice. As far as I could tell, no student or anyone else overheard our conversation.

8. University police officers do not carry weapons on their person while performing their duties on campus.

I HEREBY CERTIFY under penalty of perjury that the foregoing is true and correct.

_____
Francis Williams, Jr.

Date: 8/2/07