UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Professor DEBABRATA SAHA, Ph.D., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DONALD LEHMAN, et al. )<br>)<br>Defendants. )<br>) | C.A. NO. 06-1493 RCL |

## ORDER

Upon consideration of Defendants The George Washington University's, Donald R. Lehman's and Timothy Tong's motion for summary judgment, and Plaintiff Debabrata Saha's opposition thereto, it is, by the Court, this _____ day of _____, 2007 hereby

ORDERED, that Defendants' motion for summary judgment be and is GRANTED; and it is further

ORDERED, that judgment be and is ENTERED in favor of Defendants, and each of them, and against Plaintiff Debabrata Saha on all counts of Plaintiff's First Amended Complaint, with costs.

_____
United States District Judge

cc:

Douglas B. Mishkin, Esq.
Debabrata Saha, pro se