# United States District Court
# For The District of Columbia

---

**Debabrata Saha,**

    **Plaintiff,**

**v.**                                             **Civil Action No. 1:06-01493 (RCL)**

**Donald Lehman, Timothy Tong, and**
**The George Washington University**

    **Defendants.**

---

## Motion for Extension of the deadline for Dispositive motions for the claim for Declaratory Judgment in Count IV

    The plaintiff has been recently granted the order to proceed pro se, and therefore, without any counsel to represent him, needs time for preparation and understanding. The plaintiff, therefore, respectfully requests for Ninety day extension for the deadline for Dispositive motions for the claim for Declaratory Judgment in Count IV. Also, the plaintiff respectfully requests for a Status Hearing or Status Conference with the Judge.

                                           Respectfully submitted,

                                           */s/ Debabrata Saha*

                                           Debabrata Saha
                                           9409 Fairpine Lane
                                           Great Falls, VA-22066
**RECEIVED**         Ph : (703) 757-5418
                              e-mail : sbaisakh@cox.net
AUG 6 - 2007     **August 3rd, 2007**

NANCY MAYER WHITTINGTON, CLERK
    U.S. DISTRICT COURT        Page 1 of 1