**United States District Court
For The District of Columbia**

---

**Debabrata Saha,**

    **Plaintiff,**

v.                                           **Civil Action No. 1:06-01493 (RCL)**

**Donald Lehman, Timothy Tong, and
The George Washington University**

    **Defendants.**

---

**Motion for Extension of the deadline for submitting OPPOSITIONS to "Defendants' motion for Summary Judgment, dated August 3, 2007"**

    The plaintiff has recently been granted the order to proceed pro se. Defendants' motion for Summary Judgment, dated August 3, 2007 refers to series of events over ten years ( ref. Item #5 of Part-6 of the motion). Indeed the series of incidents started in 1996 when Plaintiff exposed wrong doings in academic processes that compromised the integrity of higher education; the RETALIATIONS by GWU against the plaintiff that continued over ten years is quite complex and have legal implications. The plaintiff, without having any counsel to represent him, needs substantial time to prepare oppositions to "Defendants' motion for Summary Judgment, dated August 3, 2007"

    The plaintiff, therefore, respectfully requests for <u>Ninety</u> days extension of the deadline for submitting OPPOSITIONS to "Defendants' motion for Summary Judgment, dated August 3, 2007."

Respectfully submitted,

*Debabrata Saha*

Debabrata Saha
9409 Fairpine Lane
Great Falls, VA-22066
Ph : (703) 757-5418
e-mail : sbaisakh@cox.net
**August 6, 2007**

**RECEIVED**
AUG 7 - 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Page 1 of 1