UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Professor DEBABRATA SAHA, Ph.D., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DONALD LEHMAN, et al. )<br>)<br>Defendants. )<br>) | C.A. NO. 06-1493 RCL |

### DEFENDANTS' OPPOSITION AND RESPONSE TO PLAINTIFF'S TWO MOTIONS FOR EXTENSIONS

Defendants The George Washington University, Donald R. Lehman and Timothy Tong oppose and otherwise respond to Plaintiff Debabrata Saha's ("Saha") two recent motions for extensions.

**The Motion To Extend Saha's Count IV Motion Deadline**

On August 6, Saha moved this Court to set a new deadline for him to file a motion regarding his claim for declaratory relief under Count IV of his First Amended Complaint. Defendants oppose that request.

In the Court's April 3, 2007 Scheduling Order ("Scheduling Order"), this Court, at the request of Saha (who was then represented by counsel), ordered "that plaintiff shall file his Motion for Partial Summary Judgment on Count IV no later than March 31, 2007." Saha, who was still represented by counsel at that time, filed no such motion.

The Scheduling Order further provided that "any dispositive motions other than those addressing the claim for Declaratory Relief in Count IV [i.e., other than Saha's Motion for Partial Summary Judgment on that was due March 31, 2007] shall be filed no later than August 3, 2007." Even if – contrary to the plain wording of these two provisions of the Scheduling Order – this Court would have permitted Saha to file his Count IV motion on August 3, there is no basis for

1

granting him an extension of that deadline. Saha was represented by counsel when the Scheduling Order was entered and was aware of its deadlines when he submitted his June 8, 2007 letter notifying the Court that he intended to proceed pro se. Further, in that letter, Saha did not ask the Court to grant his counsel's request for a Stay of the Scheduling Order (a request his former counsel made at the same time he filed his Motion to Withdraw), nor did Saha request the Court to reconsider its Order of July 5, 2007 denying the request for a stay.

In this motion Saha also requests a status conference. If the Court believes a status conference would be helpful, Defendants are amenable.

### The Motion To Extend The Deadline For Opposing Defendants' Motion for Summary Judgment

On August 7, 2007, Saha moved for a ninety (90) day extension of the August 31, 2007 deadline for responding to Defendants' pending motion for summary judgment, filed August 3. See Scheduling Order. Defendants do not oppose a modest extension of that deadline, perhaps a week or two. But a ninety (90) day extension is unnecessary and will unduly delay the administration of this case. The issues presented in the motion for summary judgment are relatively straight-forward: two of the counts are tort claims that center around events that occurred on September 1 and 2, 2005; a third count, for declaratory relief, involves the narrow issue of whether the three-year statute of limitations for contract actions in the District of Columbia applies to an internal grievance proceeding at a private university. None of these issues requires a detailed recitation of alleged facts and circumstances going back ten years that Saha cites as justification for a 90 day extension.

### CONCLUSION

For the foregoing reasons, Defendants request that this Court deny both of Plaintiff's motions for extensions, or in the alternative deny Plaintiff's motion to extend his deadline for filing a dispositive motion under Count IV of his complaint and grant Plaintiff's motion to extend the deadline for opposing Defendants' motion for summary judgment from August 31, 2007 to

2

September 14, 2007 (with a corresponding extension from September 21, 2007 to October 5, 2007 of Defendants' deadline for filing a reply).

_____
Douglas B. Mishkin, DC Bar # 338590
Shannon M. Gibson, DC Bar # 482243
PATTON BOGGS LLP
2550 M Street, N.W.
Washington, D.C. 20037
Telephone: (202) 457-6000
Facsimile: (202) 457-6315
Counsel for Defendants

Dated: August 10, 2007

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of August, 2007 a true and correct copy of the foregoing Defendants' Opposition and Response to Plaintiff's Two Motions for Extensions was sent by first class mail, postage prepaid, to the following:

>Dr. Debabrata Saha
>9409 Fairpine Lane
>Great Falls, VA  22066
>
>Plaintiff appearing *pro se*

_____
Douglas B. Mishkin, DC Bar #338590