UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Professor DEBABRATA SAHA, Ph.D., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DONALD LEHMAN, et al. ) <br> ) <br> Defendants. ) <br> ) | C.A. NO. 06-1493 RCL |

## ORDER

Upon consideration of Plaintiff's August 6, 2007 Motion for Extension of the deadline for Dispositive Motions for the claim for Declaratory Judgment in Count IV and of Plaintiff's August 7, 2007 Motion for Extension of the deadline for submitting OPPOSITIONS to "Defendants' motion for Summary Judgment, dated August 3, 2007," and Defendants' oppositions and response thereto, it is, by the Court, this ___ day of _____, 2007, it is hereby

ORDERED, that Plaintiff's motions be and are DENIED.

_____
United States District Judge