# United States District Court
# For The District of Columbia

---

**Debabrata Saha,**

    **Plaintiff,**

v.                                                     Civil Action No. 1:06-01493 (RCL)

**Donald Lehman, Timothy Tong, and
The George Washington University**

    **Defendants**.

---

**Reply to Docket #28 : Justifications for extensions of Deadlines as requested by Plaintiff in Docket # 26 and # 27**

    The Plaintiff opposes the arguments the Defendants put forward in Docket # 28. Plaintiff's arguments in favor of Extension of the deadline for submitting OPPOSITIONS to "Defendants' motion for Summary Judgment, dated August 3, 2007" are as follows.

Defendants' motion for Summary Judjment (Docket #25) is a 35 page long 13-part document which refers to following series of **complex events** and /or **long documents.**

(1) It cites examples and quotations from at least **Twenty Two** court cases (understanding the opinions of twenty two cases requires substantial time for any pro se).
(2) It cites at least four local and federal rules, the implications of which are not all straight forward.
(3) It cites GWU Faculty Senate hearing ( part-5, Docket #25); the paper trail of this 15 months long hearing amounts to more than three thousand pages of documents.
(4) It cites false Declaration(s) which needs to be addressed upon proper consideration and fact findings.
(5) It refers to series of events over TEN years ( item #5 of Part-6 of Docket # 25) in **no meaningful way** and , most importantly, fails to even mention any of the following :

    (a) in 1996 Plaintiff exposed wrong doings in academic processes that compromised the integrity of higher education

**RECEIVED**

AUG 1 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Page 1 of 3

(b) in 1997 Plaintiff Donald R. Lehman retaliated against the Plaintiff by using police to take the Plaintiff out of the classroom (without any prior communication with the Plaintiff).

(c) GWU retaliated against the Plaintiff by freezing his salary raise since 1996.

(d) harassment and discrimination complaints filed by the Plaintiff

(e) GWU's retaliations against the Plaintiff in his office as well as his residence.

(f) GWU officials' publicizing the events in GWU Student News paper through unpleasant remarks and insinuations.

2005 Police Action inside the classroom on September 1st, and inside office on September 2nd is a mere reflection of the **Pattern** of retaliations since the 1996 Qualifying Exam Scandal that the Plaintiff exposed as part of his obligation and responsibility as a teacher to Academy of Higher Learning.

To write a reasonable reply to the Defendants' motion for Summary Judjment (Docket #25) will require diligent effort and substatial research and time. Plaintiff's motion (Docket # 27) for Extension of the deadline for submitting OPPOSITIONS to "Defendants' motion for Summary Judgment, dated August 3, 2007" is, therefore, justified, and the Plaintiff again respectfully requests for extension for **Ninety Days.**


**Plaintiff's Arguments** in favor of Extension of the deadline **for Dispositive motions :**

The Plaintiff was not explained by his previous counsel about the deadlines in the Docket #19. Some of the deadlines were already missed without any action. The Plaintiff has recently been granted the order to proceed pro se, and, therefore, again, respectfully requests the Extension of the deadline **for Dispositive motions by Ninety Days.**

In summary, the Plaintiff respectfully requests for **Ninety** days extension of the deadline (a) for submitting OPPOSITIONS to "Defendants' motion for Summary Judgment, dated August 3, 2007.", as well as (b) for Dispositive motions.

Respectfully submitted,

*Debabrata Saha*

Debabrata Saha
9409 Fairpine Lane
Great Falls, VA-22066
Ph : (703) 757-5418
e-mail : sbaisakh@cox.net

**August 14, 2007**