# United States District Court
# For The District of Columbia

---

**Debabrata Saha,**

    **Plaintiff,**

v.                                                                                                  Civil Action No. 1:06-01493 (RCL)

**Donald Lehman, Timothy Tong, and
The George Washington University**

    **Defendants.**

---

## Errata

Attached is a Certificate of Service and a correction to "Reply to Docket #28" on Page 2 of 3; in the attached corrected page, Donald R. Lehman has been correctly referred to as Defendant in item (b) and a material fact has been added as item (e).


Respectfully submitted,

*/s/ Debabrata Saha*

Debabrata Saha
9409 Fairpine Lane
Great Falls, VA-22066
Ph : (703) 757-5418
e-mail : sbaisakh@cox.net

August 15, 2007

RECEIVED
AUG 1 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S DISTRICT COURT

## Certificate of Service

I hereby certify that a copy of Reply to Docket #28 : Justifications for extensions of Deadlines as requested by Plaintiff in Docket # 26 and # 27, and a copy of the ERRATA, dated August 15, 2007 was sent to the counsel of the Defendants to the following address:

>Patton Boggs LLP
>2550 M Street, N.W.
>Washington, D.C. 20037

Sincerely,

*Debabrata Saha*
Debabrata Saha
Re: Civil Action No. 1:06-01493 (RCL)

**August 15, 2007**

# Correction to Page 2 of 3 of "Reply to Docket #28"

(b) in 1997 *Defendant* Donald R. Lehman retaliated against the Plaintiff by using police to take the Plaintiff out of the classroom (without any prior communication with the Plaintiff).

(c) GWU retaliated against the Plaintiff by freezing his salary raise since 1996.

(d) harassment and discrimination complaints filed by the Plaintiff

(e) GWU's retaliations against the Plaintiff in his office as well as his residence.

(f) GWU officials' publicizing the events in GWU Student News paper through unpleasant remarks and insinuations.

(e) in 1999 GWU brought charge of **Scientific Misconduct** against the plaintiff, and then dropped the charge ONLY after harassing the plaintiff and tarnishing his image.

2005 Police Action inside the classroom on September 1st, and inside office on September 2nd is a mere reflection of the **Pattern** of retaliations since the 1996 Qualifying Exam Scandal that the Plaintiff exposed as part of his obligation and responsibility as a teacher to Academy of Higher Learning.

To write a reasonable reply to the Defendants' motion for Summary Judjment (Docket #25) will require diligent effort and substatial research and time. Plaintiff's motion (Docket # 27) for Extension of the deadline for submitting OPPOSITIONS to "Defendants' motion for Summary Judgment, dated August 3, 2007" is, therefore, justified, and the Plaintiff again respectfully requests for extension for **Ninety Days.**

**Plaintiff's Arguments** in favor of Extension of the deadline **for Dispositive motions :**

The Plaintiff was not explained by his previous counsel about the deadlines in the Docket #19. Some of the deadlines were already missed without any action. The Plaintiff has recently been granted the order to proceed pro se, and, therefore, again, respectfully requests the Extension of the deadline **for Dispositive motions by Ninety Days.**