*UNITED STATES DISTRICT COURT*
*FOR THE DISTRICT OF COLUMBIA*

| | |
|---|---|
| **DEBABRATA SAHA** | |
| Plaintiff(s), | |
| vs. | **Civil Action No. 06-1493 (RCL)** |
| **DONALD LEHMAN, et al.** | |
| Defendant(s). | |

## NOTICE REGARDING BULKY EXHIBITS

Pursuant to the procedures for filing bulky pleadings, bulky exhibits have been filed in paper in this case. The exhibits are available at the Clerk's Office for public viewing and copying between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday.

**NANCY MAYER-WHITTINGTON**

Clerk