UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Professor DEBABRATA SAHA, Ph.D., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DONALD LEHMAN, et al. ) <br> ) <br> Defendants. ) <br> ) | C.A. NO. 06-1493 RCL |

### DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S OPPOSITION OR ALTERNATIVELY CONSENT MOTION FOR EXTENSION TO FILE REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

Defendants The George Washington University, Donald R. Lehman and Timothy Tong, by counsel, hereby move this Court to strike Plaintiff Debabrata Saha's ("Saha") opposition to Defendants' motion for summary judgment because it violates the double-spaced requirement of LCvR 5.1(f) coupled with the 45-page limit of LCvR 7(e), or alternatively move with Saha's consent to extend to December 5, 2007 the time within which Defendants may reply to Saha's opposition.

The grounds for this motion are as follows:

1. On April 3, 2007, this Court entered a Scheduling Order based upon the parties' Joint Report of their Rule 16.3 Conference. In that Scheduling Order, dispositive motions were due August 3, 2007; oppositions thereto were due August 31, 2007; and replies in support of dispositive motions were due September 21, 2007.

2. On August 3, 2007, Defendants filed their Motion for Summary Judgment.

3. On August 7, 2007, Plaintiff moved to extend the August 31 deadline for opposing Defendants' motion.

4. In its Order dated August 21, 2007, this Court granted Plaintiff a three-month extension to November 14, 2007 to file his opposition to Defendants' motion. The Court's Order

did not address Defendants' corresponding deadline for filing their reply which, pursuant to the Court's Scheduling Order, would have been 21 days after Plaintiff's filing deadline.

5. Plaintiff now has filed a 44-page single-spaced opposition, accompanied by numerous exhibits and affidavits. The opposition violates LCvRs 5.1(f) and 7(e), which limit such an opposition to no more than 45 double-spaced pages.

6. Should this Court elect not to strike Saha's opposition, Defendants wish to file their reply within 21 days of Plaintiff's November 14 deadline (i.e., by December 5, 2007), the same amount of time Defendants would have had if this Court had not granted Plaintiff an extension of his opposition deadline in the Court's August 21, 2007 Order.

7. Plaintiff Saha consents to the December 5 deadline.

8. The December 5 deadline will not impair the orderly administration of this case.

For the foregoing reasons, Defendants request that this Court strike Plaintiff Saha's opposition, or alternatively grant them until December 5, 2007 to file their reply in support of their Motion for Summary Judgment.

_____
Douglas B. Mishkin, DC Bar #338590
PATTON BOGGS LLP
2550 M Street, N.W.
Washington, D.C. 20037
Telephone: (202) 457-6000
Facsimile: (202) 457-6315
Counsel for Defendants

Dated: November 19, 2007

## MEMORANDUM OF POINTS AND AUTHORITIES

1. Scheduling Order dated April 3, 2007.

2. The inherent authority of this Court.

_____
Douglas B. Mishkin

## LCvR 7(m) Statement

In a telephone conversation between undersigned counsel and Plaintiff Saha on Monday, November 19, 2007 at approximately 3:25pm, Plaintiff Saha agreed to Defendants' request to have until December 5, 2007 to file their reply brief; Plaintiff Saha did not agree to file an opposition that was double-spaced and within the 45-page limit.

Douglas B. Mishkin

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of November, 2007 a true and correct copy of the foregoing Motion to Strike Plaintiff's Opposition or Alternatively for Extension to File Reply in Support of Motion for Summary Judgment was sent by regular mail, postage prepaid to the following:

>Debabrata Saha
>9409 Fairpine Lane
>Great Falls, VA 22066

Plaintiff appearing *pro se*

_____
Douglas B. Mishkin