UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Professor DEBABRATA SAHA, Ph.D., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DONALD LEHMAN, et al. )<br>)<br>Defendants. )<br>) | C.A. NO. 06-1493 RCL |

## ORDER

Upon consideration of Defendants' Motion to Strike Plaintiff's Opposition or Alternatively Consent Motion For Extension To File Reply In Support of Motion for Summary Judgment, it is, by the Court, this ___ day of November, 2007, hereby

ORDERED, that Defendants' Motion to Strike Plaintiff's Opposition be and is hereby GRANTED, with Plaintiff hereby given leave until fourteen (14) days from the date of entry of this Order to file an opposition in conformance with all applicable rules, and Defendants given twenty-one (21) days thereafter to file a reply thereto.

[or alternatively]

ORDERED, that Defendants' Motion to Strike Plaintiff's Opposition be and is hereby DENIED; and it is further,

ORDERED, that Defendants' Consent Motion For Extension To File Reply Brief be and is GRANTED; and it is further

ORDERED, that Defendants may file a reply brief up to an including December 5, 2007.

_____
United States District Judge

cc:     Douglas B. Mishkin, Esq.
        Debabrata Saha, pro se