UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| **Professor DEBABRATA SAHA, Ph.D.,**  )  )  Plaintiff,                                              )  )  v.                                                          )  )  **DONALD LEHMAN,** *et al.*,                  )  )  Defendants.                                         )  ) | Civil Action No. 06-01493 (RCL) |

### ORDER

Upon consideration of defendant's Motion [33] to Strike Plaintiff's Opposition or Alternatively Consent Motion for Extension to File Reply in Support of Motion for Summary Judgment, it is hereby

ORDERED that defendant's motion [33] to strike plaintiff's opposition be and is hereby DENIED; it is further

ORDERED that, defendant's consent motion [33] for extension to file reply brief be and is hereby GRANTED; and it is further

ORDERED that defendants may file a reply brief on or before December 5, 2007.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, November 20, 2007.