# United States District Court
# For The District of Columbia

---

Debabrata Saha,

    Plaintiff,

v.

Donald Lehman, Timothy Tong, and
The George Washington University

    Defendants.

Civil Action No. 1:06-01493 (RCL)

---

**Motion to Dismiss "Defendants' Nov. 19, 2007 motion to strike Plaintiff's Opposition" but Grant "the Consent motion for Extension to file Reply by December 5, 2007":**

Plaintiff is proceeding *pro se*. Because of lack of experience in filing, though the Plaintiff submitted his Nov. 8, 2007 Opposition in single-spaced typing, yet the legibility of the material has not been compromised in any sense. Plaintiff, therefore, moves that Defendants' motion to strike Plaintiff's Opposition be denied.

Effective beginning with this document Plaintiff promises to submit all materials double-spaced.

In addition, Plaintiff agrees with the Defendants that an extension of Defendants' deadline for reply till Dec. 5, 2007 will not impair the orderly administration of the Court. So, Plaintiff moves that Defendants' consent motion for an extension of the reply deadline to Dec. 5, 2007 be Granted.

                              Respectfully submitted,

                              *Debabrata Saha*
                              Debabrata Saha
                              9409 Fairpine Lane
                              Great Falls, VA-22066
                              Ph : (703) 757-5418
                              e-mail : sbaisakh@cox.net
                              Nov. 20, 2007

**RECEIVED**

NOV 2 1 2007

NANCY MAYER WHITTINGTON, CLERK
      U.S. DISTRICT COURT

## Certificate of Service

I hereby certify that a copy of the entire three page document, dated November 20, 2007 was sent to the counsel of the Defendants to the following address. Also, similar to what was mentioned in the previous response, I hereby request to make a note that I will be unavailable (for responding to any court action) during Dec. 15, 2007 through January 4, 2008 in connection with an overseas trip.

>Patton Boggs LLP
>2550 M Street, N.W.
>Washington, D.C. 20037

Sincerely,

*Debabrata Saha*

Debabrata Saha
Re: Civil Action No. 1:06-01493 (RCL)

November 20, 2007

# United States District Court
# For The District of Columbia

---

Debabrata Saha,

    Plaintiff,

v.

Donald Lehman, Timothy Tong, and
The George Washington University

    Defendants.

---

Civil Action No. 1:06-01493 (RCL)

## ORDER

Upon consideration of Plaintiff's Nov. 20, 2007 motion and Plaintiff's Nov. 8, 2007 Response Opposing Defendants' motion for Summary Judgment, it is hereby

**ORDERED** that Defendants' Nov. 19, 2007 motion to strike Plaintiff's Opposition is **DENIED**; it is further

**ORDERED** that Defendants' Nov. 19, 2007 Consent motion for Extension to file Reply by December 5, 2007 is **GRANTED**.

**SO ORDERED**

---

Royce C. Lamberth
United States District Judge
_____, 2007