DEC. 15. 2006  1:34PM   VP GENERAL COUN GWU   NO. 432   P. 8

The George Washington University
Police Department
Incident Report

| | |
|---|---|
| CASE NO. | 056496 |

| LOCATION OF OCCURRENCE/ADDRESS | CAD NO. | RELATED NO. |
|---|---|---|
| ACADEMIC CENTER/T-607/ | 05-09-02-36479 | 05-09-02-36479 |

| CODE SECTION | CRIME DESCRIPTION | CLASSIFICATION | LOSS | RECOVERY |
|---|---|---|---|---|
| 220/I | Barred From GW Property | BARRED FROM GW PRC | 0.00 | 0.00 |

| DATE AND TIME FROM | DATE AND TIME REPORTED | | | CASE STATUS |
|---|---|---|---|---|
| 09/02/2005 10:10 | 09/02/2005 10:56 | ☒ PROPERTY | ☒ Sex Offense | |
| DATE AND TIME TO | ENTERED BY | | | APPROVED INVESTIGATION |
| 09/02/2005 10:35 | MORNINGSTAR 2312 | | | YES ☒ NO |

COPIES TO: ☐ RPM  ☐ Parking Services  ☐ Facilities Mgmt  ☐ Dean of Students  ☐ Stud Jud Serv  ☐ V.P. of SASS
☐ Risk Management  ☐ GWorld

| INV | NAME-LAST,FIRST,MIDDLE | SUFFIX | RACE | SEX | AGE | DOB | HT | WT | HAIR | EYE |
|---|---|---|---|---|---|---|---|---|---|---|
| S-01 | SABA DEBABRATA | | A | M | 60 | 03/03/1955 | 5.4 | 150 | | BRN |
| SSN REDACTED | DRIVERS LIC NO. | Student ID | TYPE | PHONES WORK: 202-994-7175; | | | | | | |

| VEHICLE DESCRIPTION | | | | |
|---|---|---|---|---|
| VEHICLE LICENSE | MAKE | MODEL | MAJOR COLOR | TYPE |
| 2PF1571 | FORD | TAURUS | SLVR | SEDAN |

| VEHICLE INVOLVEMENT | | | | | | | |
|---|---|---|---|---|---|---|---|
| YR | MAKE | MODEL | STYLE | COLOR | LICENSE | ST | EXPIRES |
| 1993 | FORD | TAURUS | SEDAN | SLVR | 2PF1571 | | |
| ADDITIONAL | | | | | VIN | | |

At approximately 1010 hours, 9-2-05, R-1 was posted on special detail at Philips Hall 6th floor Academic Building. R-1 observed S-1 enter the Civil Engineering Department. R-1 was able to identify S-1 due to the photo that was made available in roll call on 8-31-05.

R-1 observed S-1 enter office T618 via key. R-1 made immediate contact with the shift supervisor.

At approximately 1020 hours R-2, and R-3 responded to the scene. R-1, R-2, R-3 made contact with S-1, S-1 was informed by R-1, R-2 that he was being barred from all George Washington University property. S-1 was informed by R-1, R-2 that if he were to return to any George Washington University property he would be placed under arrest for unlawful entry.

At approximately 1035 hours R-1 issued S-1 the Bar notice, S-1 signed the notice and was given his copy. R-1 confiscated S-1's office key. The key was turned over to Asistant Chief Isom. R-1, R-2, R-3 escorted S-1 to the B3 level and ensured that S-1 exited the property.

The Bar notice was turned into the shift supervisor with this report.

R-3 notified Assistant Chief Isom of the situation.

Reference Case # 056463

| REPORTING OFFICER/ID NO | DATE AND TIME | REVIEWED BY | DATE AND TIME |
|---|---|---|---|
| MORNINGSTAR 2312 | 09/02/2005 10:56 | MUSKELLY KIMBERLY | 09/14/2005 08:55 |

Print Date and Time  12/14/2006 4:59:12PM   Page No. 1

DEC. 15. 2006  1:34PM    VP GENERAL COUN GWU    NO. 432    P. 9

**GWUashington University**
**Police Department**
**Incident Report**

Officers on scene:

R-2 Cpl. Archie # 015
R-3 Sgt. Broady # 007

| REPORTING OFFICER / ID NO | DATE AND TIME | REVIEWED BY | DATE AND TIME |
|---|---|---|---|
| MORNINGSTAR 2312 | 09/02/2005 10:58 | MUSKELLY KIMBERLY | 09/14/2005 08:55 |

Print Date and Time    12/14/2006 4:59:12PM    Page No.    2

PB 00032