EXHIBIT 2

Re: FW: Merlin Form: Request for Security Services

> Subject: Re: FW: Merlin Form: Request for Security Services
> Date: Mon, 29 Aug 2005 22:04:31 -0400
> From: "Professor Can E. Korman" <profkorman@gmail.com>
> Reply-To: korman@gwu.edu
> To: James Isom <jisom@upd.gwu.edu>
> CC: Sandra Little <slittle@gwu.edu>, Richard Cosentino <cosenti@gwu.edu>,
>     Timothy Tong <tong@gwu.edu>, Ali Mayhew <amayhew@gwu.edu>

Dear Chief Isom,

I hereby request the UPD to be stationed the ENTIRE day (starting at 9AM) for the rest of the week in accordance with Dean Tong's directives. This is a modification of my original request (below).

Thank you for your attention to this matter.

Can Korman, PhD
Chair
Department of Electrical & Computer Engineering
The George Washington University
Washington, DC 20052, U.S.A
(W) +1 (202) 994 6083
(F) +1 (202) 994 0227
E-Mail: korman@gwu.edu
http://www.ece.gwu.edu/

On 8/29/05, James Isom <jisom@upd.gwu.edu> wrote:

> I got your request and will take care of it.
>
>
> James Isom
> Assistant Chief of Police
> The George Washington University
> 2033 G Street, NW
> Washington, DC 20052
> PH (202) 994-4533
> FX  (202) 994-6115
> jisom@upd.gwu.edu
>
> -----Original Message-----
> From: GW Merlin CMS [mailto:gwired@gwu.edu]
> Sent: Monday, August 29, 2005 2:26 PM
> To: James Isom
> Subject: Merlin Form: Request for Security Services
>
> MERLIN WEB FORM SUBMISSION
> ----------------------------------
>
> IP: 128.164.158.102 (128.164.158.102)

Re: FW: Merlin Form: Request for Security Services

Date: 2005-08-29 14:25:51
Browser: Mozilla/5.0 (Windows; U; Windows NT 5.1; en-US; rv:1.7.8) Gecko/20050511 Firefox/1.0.4

Name of Person Completing this Form: (ID 13501)
Can Korman

Department/Organization Holding Event: (ID 13502)
Dept. of ECE

Name of Contact Person at the Event: (ID 13503)
Can Korman or Alison Mayhew

Phone Number: (ID 13504)
202 994 5905 or 6083

Name of the Event: (ID 13505)
No value given

Date of Event: (ID 13506)
August 30 and 31

Start Time: (ID 13507)
9am

End Time: (ID 13508)
1pm

Number of Officers Requested: <BR><small>Must be Approved by UPD</small> (ID 13509)
1

Location of Event: (ID 13510)
Dept. of ECE, Phillips Hall, T-607

Number of People Attending: (ID 13511)
No value given

Alcohol Being Served: (ID 13512)
No

Registered with CADE: (ID 13513)
No

<P><BR><B>Billing Details:</B><BR>Person to be Invoiced: (ID 13514)
No value given

Department: (ID 13515)
SEAS

Re: FW: Merlin Form: Request for Security Services

Phone Number: (ID 13516)
202 994 5411

Address/City/Zip: (ID 13517)
Dean Timothy Tong, SEAS
(Attn: Sandra Little)
  Office of the Dean, SEAS
  Tompkins Hall, Suite 106
  725 23rd Street, NW
  Washington, DC 20052

Ph. (202) 994-5411
slittle@gwu.edu

Oracle Alias to be Billed (by Journal Entry): (ID 13518)
No value given

Special Needs/Requests of Service for this Event: (ID 13519)
Per my conversation with Assistant Chief James Isom:

Police office to report to ECE staff members Debby Swanson or Alison Mayhew. We request police officer to make sure that Prof. Saha does not create any problems with ECE staff, faculty or students. Prof. Saha may have access to his office (T-618), can stay there to complete his business and then escorted off the Department premises.

The cell phone number of the department chair Prof. Korman is 703 981 2692.

REQUIRED: Requestor Email Address (ID 13520)
korman@gwu.edu