UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| Professor DEBABRATA SAHA, Ph.D., | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 06-01493 (RCL) |
| DONALD LEHMAN, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

### ORDER

Upon consideration of defendants' motion [25] for summary judgment, the opposition and reply thereto, the record herein, and the applicable law, it is hereby

ORDERED that defendants' motion [25] is GRANTED.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, on March 12, 2008.