UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DEBABRATA SAHA
Plaintiff

vs.

DONALD LEHMAN, TIMOTHY TONG,
GEORGE WASHINGTON UNIVERSITY
Defendant

Civil Action No. 1:06-CV-01493-RCL

# NOTICE OF APPEAL

Notice is hereby given this 4TH day of APRIL, 2008, that

hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the judgement of this Court entered on the 12TH day of MARCH, 2008, in favor of DEFENDANTS against said PLAINTIFF.

*Debabrata Saha*
Attorney or Pro Se Litigant

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days in the United States or officer or agency is a party)

**CLERK**  Please mail copies of the above Notice of Appeal to the following at the addresses indicated:

RECEIVED
APR - 4 2008
[USCADC Form (Rev. May 2004)]
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Fee Pd
$455.00